RONALD K. ALBERTS (SBN: 100017)
LISA K. GARNER (SBN: 155554)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: ralberts@gordonrees.com
Email: lgarner@gordonrees.com

Attorneys for Defendant
GENERAL DYNAMICS CORPORATION
LONG TERM DISABILITY PLAN

THORNTON DAVIDSON (SBN: 166487)
THE ERISA LAW GROUP
2055 San Joaquin Street
Fresno, CA 93721-2717
Tel: (559) 256-9800
Fax: (559) 256-9795
Email: thornton@theerisalawgroup.com

Attorneys for Plaintiff
LOUIE JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GENERAL DYNAMICS CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | CASE NO. 1:08-CV-00230 AWI-SMS<br><br>Judge: Anthony W. Ishi<br>Courtroom: 3<br><br>Complaint filed: February 14, 2008<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT;**<br><br>**ORDER** |

The Parties, by and through their counsel of record, hereby stipulate as follows:

PDF created with pdfFactory trial version www.pdffactory.com

The Complaint in this matter was filed on February 14, 2008;

A Response to the Complaint was due on March 10, 2008;

Plaintiff hereby grants to Defendant a 30-day extension of time, up to and including April 9, 2008, in which to file and serve the Response to the Complaint.

IT IS SO STIPULATED:

GORDON & REES LLP

DATED: March 12, 2008

By: /s/ Lisa K. Garner
Ronald K. Alberts
Lisa K. Garner
Attorneys for Defendant GENERAL DYNAMICS CORPORATION LONG TERM DISABILITY PLAN

THE ERISA LAW GROUP

DATED: March 12, 2008

By: /s/ Thornton Davidson
Thornton Davidson
Attorneys for Plaintiff LOUIE JACKSON

## ORDER

Pursuant to the Stipulation of the Parties and pursuant to the Rules of this Court, the Response of Defendant General Dynamics Corporation Long Term Disability Plan is due no later than April 9, 2008.

IT IS SO ORDERED.

Dated:  3/13/2008        /s/ Sandra M. Snyder
Hon. Sandra M. Snyder
Magistrate Judge

-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com