**THORNTON DAVIDSON (SBN 166487)**
THORNTON DAVIDSON & ASSOCIATES
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile:   (559) 256-9791
thorntondavidson@aol.com

Attorney for Plaintiff, LOUIE JACKSON

**RONALD K. ALBERTS (SBN 100017)**
**LISA K. GARNER (SBN 155554)**
GORDON & REES, LLP
633 West Fifth Street, Suite 4900
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
ralberts@gordonrees.com
lgarner@gordonrees.com

Attorneys for Defendant,
GENERAL DYNAMICS CORPORATION LONG
TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL DYNAMICS CORPORATION LONG TERM DISABILITY PLAN, et al., <br><br> Defendant. <br> _____ | Case No. 1:08-CV-00230 AWI-SMS <br><br> **STIPULATION & ORDER TO CONTINUE SCHEDULING CONFERENCE** |

WHEREAS, the Scheduling Conference is set for October 14, 2008 at 9:45 a.m.;

WHEREAS, counsel of Plaintiff, Louie Jackson, and Defendant, General Dynamics Corporation Long Term Disability Plan, have met and conferred and have scheduled a mediation with Ralph Williams III, Esq., on October 20, 2008;

///

---
STIPULATION & [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE
1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff, on the one hand, and Defendant, on the other hand, are collectively adverse, they agree through their respective counsel to continue the Scheduling Conference to December 1, 2008 at 9:30 a.m.

IT IS SO STIPULATED.

DATE: August 21, 2008                    THE ERISA LAW GROUP


                                         By: /s/ Thornton Davidson
                                             THORNTON DAVIDSON
                                             Attorney for Plaintiff
                                             LOUIE JACKSON

DATE: August 21, 2008                    GORDON & REES, LLP


                                         By: /s/ Lisa K. Garner
                                             RONALD K. ALBERTS
                                             LISA K. GARNER,
                                             Attorneys for Defendant
                                             GENERAL DYNAMICS CORPORATION
                                             LONG TERM DISABILITY PLAN

**ORDER**

IT IS SO ORDERED.   Scheduling Conference hearing date is continued from October 14, 2008 to December 1, 2008 at 9:30a.m. before Judge Snyder in Courtroom #7.  A Joint Scheduling Conference Report carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, in full compliance with the requirements set forth in, Order Setting Mandatory Scheduling Conference Exhibit "A", <u>one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format, to smsorders@caed.uscourts.gov</u>.


Dated:  8/25/2008                         /s/ Sandra M. Snyder
                                          MAGISTRATE JUDGE SANDRA M. SNYDER

STIPULATION & [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

2

PDF created with pdfFactory trial version www.pdffactory.com